**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

B.Y.C.C. on behalf of herself and on behalf of
her minor child, M.S.C.C.,

J.A.L.C. on behalf of himself and on behalf of
his minor child, L.L.G.,

R.J.P. on behalf of himself and on behalf of his
minor child, O.R.J.J.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action Nos. 22-6586 (MAS) (DEA)
22-6587 (MAS) (DEA)
22-6588 (MAS) (DEA)

**ORDER**

This matter comes before the Court on several motions to dismiss. First is Defendant

United States of America's ("Defendant") Motion to Dismiss Plaintiff B.Y.C.C.'s Complaint on

behalf of herself and on behalf of her minor child, M.S.C.C. (collectively, "*B.Y.C.C.* Plaintiffs")

in the matter of *B.Y.C.C. on behalf of herself and on behalf of her minor child, M.S.C.C. v. United*

*States of America* ("*B.Y.C.C.*"), No. 22-6586 (2023). (*B.Y.C.C.*, ECF No. 13.) The second motion

is Defendant's Motion to Dismiss Plaintiff J.A.L.C.'s Complaint on behalf of himself and on

behalf of his minor child, L.L.G. (collectively, "*J.A.L.C.* Plaintiffs") in the matter of *J.A.L.C. on*

*behalf of himself and on behalf of his minor child, L.L.G. v. United States of America* ("*J.A.L.C.*"),

No. 22-6587 (2023). (*J.A.L.C.*, ECF No. 15.) The third and final motion is Defendant's Motion to

Dismiss Plaintiff R.J.P.'s Complaint on behalf of himself and on behalf of his minor child

(collectively, "*R.J.P.* Plaintiffs") in the matter of *R.J.P. on behalf of himself and on behalf of his*

*minor child, O.R.J.J.* ("*R.J.P.*"), No. 22-6588 (2023). (*R.J.P.*, ECF No. 14.) *B.Y.C.C.* Plaintiffs, *J.A.L.C.* Plaintiffs, and *R.J.P.* Plaintiffs (collectively, "Plaintiffs") opposed (*B.Y.C.C.*, ECF No. 21),[1] and Defendant replied (*B.Y.C.C.*, ECF No. 28).[2] The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1.[3] For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

IT IS, on this 14th day of August, 2023, ORDERED as follows:

1.   Defendant's Motion to Dismiss in *B.Y.C.C.* (*B.Y.C.C.*, ECF No. 13) is GRANTED in part and DENIED in part.

2.   Defendant's Motion to Dismiss in *J.A.L.C.* (*J.A.L.C.*, ECF No. 15) is GRANTED in part and DENIED in part.

3.   Defendant's Motion to Dismiss in *R.J.P.* (*R.J.P.*, ECF No. 14) is GRANTED in part and DENIED in part.

/S/ MICHAEL A. SHIPP
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

---

[1] The Court granted Plaintiffs leave to file one consolidated brief in opposition to all three separate Motions to Dismiss. (*See B.Y.C.C.*, ECF No. 20.)

[2] The Court granted Defendant leave to file one consolidated brief in reply to Plaintiffs' opposition. (*B.Y.C.C.*, ECF No. 20.) The Court now also acknowledges and grants Defendant's pending Motions in all three cases for leave to file overlength briefs. (*See B.Y.C.C.*, ECF No. 27; *J.A.L.C.*, ECF Nos. 14, 24; *R.J.P.*, ECF No. 26.)

[3] Given the nature of the consolidated opposition and reply briefing and the similarity of the Motions to Dismiss in the three companion cases, the Court considered all three Motions to Dismiss together in one singular consolidated action.