UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| R.J.P. on behalf of himself and on behalf of his minor child, O.R.J.J., *Plaintiffs,* v. UNITED STATES OF AMERICA, *Defendant.* | Civil Action No. 22-06588 (MAS)(DEA)<br><br>ORDER EXTENDING ECF NO. 23 TO INCLUDE O.R.J.J. |

**THIS MATTER** having come before the Court by way of the application of Plaintiffs R.J.P. and O.R.J.J. ("Plaintiffs"), by and through their counsel, Lowenstein Sandler LLP, with no objection from Defendant United State of America, for the issuance of an Order extending the scope of the Court's prior order (ECF 23) granting R.J.P.'s Motion to Proceed Under Pseudonym (ECF 2) to include O.R.J.J.; and good cause having been shown:

**IT IS** on this 3rd day of June, 2024,

**ORDERED** that Defendant shall not publicly disclose Plaintiffs' names or any other identifying information, and Defendant shall redact from the public record all personally identifying information regarding Plaintiffs when making submissions to the Court; and it is further

**ORDERED** that all parties shall submit pleadings, briefing, and evidence using Plaintiffs' pseudonyms or initials instead of their real names.

So Ordered this 3rd day of June 2024

_____
Honorable Michael A. Shipp, U.S.D.J.