PHILIP R. SELLINGER
United States Attorney
JOHN F. BASIAK JR.
ANGELA E. JUNEAU
DAVID INKELES
Assistant United States Attorneys
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2813
david.inkeles@usdoj.gov
*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| R.J.P., on behalf of himself and on behalf of his minor child, O.R.J.J.,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant.* | Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Justin T. Quinn, U.S.M.J.<br><br>Civil Action No. 22-06588 (MAS) (JTQ)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having been settled between plaintiffs R.J.P. on behalf of himself and on behalf of his minor child, O.R.J.J. (collectively, "Plaintiffs"), and defendant United States of America; and the parties stipulating that this action against the United States should be dismissed with prejudice and without costs or attorneys' fees against any party.

PHILIP R. SELLINGER
United States Attorney

By: /s/ David Inkeles
JOHN F. BASIAK JR.
ANGELA E. JUNEAU
DAVID INKELES
Assistant United States Attorneys
*Attorneys for United States*

Dated: October 7, 2024

LOWENSTEIN SANDLER LLP

By: /s/ Jennifer F. Delgado
JENNIFER F. DELGADO
MARKIANA J. JULCEUS
RAYMOND S. COOPER
*Attorneys for Plaintiffs*

Dated: October 7, 2024

**So Ordered this 9th day of October 2024.**

**Honorable Michael A. Shipp, U.S.D.J.**